| | |
|---|---|
| PROB 22 (Rev. 01/24) | DOCKET NUMBER *(Tran. Court)* <br> 0104 3:07CR00547-13 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* <br> 26cr8 - File |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT <br> Puerto Rico | DIVISION <br> U.S. Probation Office |
|---|---|---|
| Barcelo-Olavarria, Isaac | NAME OF SENTENCING JUDGE <br> Hon. Aida Delgado-Colón, USDJ | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 01/29/2019 — TO 01/28/2027 |

**OFFENSE**

21 U.S.C. §§ 841(a)(1), 846 and 860
Conspiracy and attempt to possess with intent to distribute at least 3.5 kilograms, but less than 5 kilograms of cocaine within 1,000 feet of a protected location.

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Barceló-Olavarría is being supervised in the Eastern District of Pennsylvania and has no intention of returning to the District of Puerto Rico. The astern District of Pennsylvania is requesting the jurisdiction of this case.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____    DISTRICT OF   Puerto Rico

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   Eastern District of Pennsylvania   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

January 5, 2026
_Date_                                    _United States District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Eastern   DISTRICT OF   Pennsylvania

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_Effective Date_                                    _United States District Judge_

1